## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

William P. Morse,                          Civil No. 06-2140 (RHK/SRN)

    Plaintiff,

v.                                        **ORDER**

Michael J. Astrue, Commissioner of
Social Security,

    Defendant.

---

Before the Court is the July 24, 2007, Report and Recommendation of United States Magistrate Judge Susan Richard Nelson and Plaintiff's Objections thereto.

The Court has reviewed the Report and Recommendation and the Objections de novo and is satisfied that Judge Nelson's factual determinations and legal conclusions are fully supported by the record before her. Accordingly and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 18) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 17) is **ADOPTED**;

3. Plaintiff's Motion for Summary Judgment (Doc. No. 9) is **DENIED**; and

4. Defendant's Motion for Summary Judgment (Doc. No. 12) is **GRANTED**.

Dated: August 31, 2007

                                                         s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge